# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA ex rel. HUNTER LABORATORIES, LLC and CHRIS RIEDEL, an individual,<br><br>    Relators/Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, Delaware corporation, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-1838-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge on defendants Laboratory Corporation of America's and Laboratory Corporation of America Holdings' Motion to Dismiss the Relators' First Amended Complaint, and the court having granted said motions as to the federal question claim, concerning the Anti-Kickback Theory , it is

**Ordered and Adjudged** that Plaintiff take nothing and Defendants recover their costs of this action, and this action be, and the same hereby is **DISMISSED** with remaining state law claims (Counts I, II of the Complaint) being remanded to the State Court of Fulton County.

Dated at Atlanta, Georgia this 19th day of May, 2015.

                                                          JAMES N. HATTEN
                                                          CLERK OF COURT

                                      By:   s/Kayla Washington
                                                           Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   May 19, 2015
James N. Hatten
Clerk of Court

By: s/Kayla Washington
    Deputy Clerk